NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JAMES ALEXANDER MOORE,  )
)
      Appellant,  )
)
v.  )    Case No.  2D19-2937
)
STATE OF FLORIDA,  )
)
      Appellee.  )
_____  )

Opinion filed September 2, 2020.

Appeal from the Circuit Court for
Hillsborough County; Thomas P. Barber,
Judge.

Howard L. Dimmig, II, Public Defender,
and Daniel Muller, Assistant Public
Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Blain A. Goff, Assistant
Attorney General, Tampa, for Appellee.


PER CURIAM.


      Affirmed.


LaROSE, MORRIS, and ATKINSON, JJ., Concur.